# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| GEOGRAPHIC LOCATION INNOVATIONS LLC, § § § | |
| Plaintiff, § | Case No: 1:21-cv-00419 |
| § | |
| vs. § | PATENT CASE |
| § | |
| DIXIE BRANDS (USA), INC. § § | |
| Defendant. § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Geographic Location Innovations, LLC ("Plaintiff" or "GLI") files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.

Accordingly, under Federal Rule of Civil Procedure 41(a)(1)(a)(i), Geographic Location Innovations, LLC hereby dismisses all claims by and between the parties with prejudice, with each party bearing its own attorneys' fees and costs.

Dated: May 10, 2021

Respectfully submitted,

*/s/ Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

Respectfully submitted,

*/s/ Jay Johnson*
**JAY JOHNSON**